UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| DEBORAH L. WAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:23-cv-00357-PPS-APR |
| v. | ) | |
| | ) | |
| HRNI HOLDINGS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, DEBORAH L. WAGNER, by counsel, and Defendant, HRNI HOLDINGS, LLC, by counsel, hereby stipulate to the dismissal of Plaintiff's claims in this matter, with prejudice, each party to bear its own attorney's fees and costs.

Date: October 14, 2024

Respectfully submitted,                              Respectfully submitted,

/s/ Joshua D. McCann                                 /s/ Gary D. Johnson
Joshua D. McCann, ARDC No. 6294730                   Gary D. Johnson, #16082-03
Jdmccann@chicagolegalcounsel.com                     gjohnson@beckmanlawson.com
**MICHAEL T. SMITH & ASSOCIATES, P.C.**              **BECKMAN LAWSON, LLP**
10 N. Martingale Road, Suite 400                     201 West Wayne Street
Schaumburg, Illinois 60173                           Fort Wayne, IN 46802
Telephone: (312) 479-4479 (direct)                   Telephone: 260.422.0800
ATTORNEY FOR PLAINTIFF                               ATTORNEY FOR DEFENDANT
DEBORAH L. WAGNER                                    HRNI HOLDINGS, LLC