UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| DEBORAH L. WAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-357 |
| | ) | |
| HRNI HOLDINGS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court on the Stipulation To Dismiss with Prejudice [DE 20] filed by the parties on October 14, 2024. The court, being duly advised, hereby **GRANTS** the Stipulation [DE 20] and **DISMISSES** this cause **WITH PREJUDICE**. This case is now closed.

ENTERED this 16th day of October, 2024.

/s/ Andrew P. Rodovich
United States Magistrate Judge